1040

[No. 31656-1-II. Division Two. August 15, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. GEOFFREY ALAN HAUPTLI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05559-3, Thomas Felnagle, J., entered April 22, 2004. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Hunt, JJ.

[Nos. 32509-8-II; 33232-9-II. Division Two. August 15, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN KNIGHT LEWIS, *Appellant*.

*In the Matter of the Personal Restraint of* STEPHEN KNIGHT LEWIS, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-02225-0, Linda CJ Lee, J., entered November 8, 2004, together with a petition for relief from personal restraint. Judgment *affirmed in part, reversed in part,* and case *remanded,* and petition *denied* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Van Deren, JJ.

[No. 32881-0-II. Division Two. August 15, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LON MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-1-00574-2, Craddock D. Verser, J., entered February 24, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Penoyar, J.